# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ERNEST ANAYA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HERRINGTON, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:09-CV-01653-AWI-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIRD AMENDED COMPLAINT WITH LEAVE TO AMEND<br><br>(DOC. 63) |

　　　　Plaintiff Richard Ernest Anaya ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On August 26, 2011, Plaintiff filed a third amended complaint. Doc. 54. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 19, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within twenty-one days. Doc. 63. No party filed a timely Objection to the Findings and Recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　　　The Findings and Recommendations, filed October 19, 2011, is adopted in full;

1

2. Plaintiff's third amended complaint is dismissed for failure to state a claim upon which relief may be granted; and

3. Plaintiff is granted leave to file a fourth amended complaint within thirty (30) days from the date of service of this order.[1]

IT IS SO ORDERED.

Dated: March 27, 2012

CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a fourth amended complaint on November 3, 2011.  Doc. 64.