# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ERNEST ANAYA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HERRINGTON, et al.,<br><br>　　　　Defendants. | Case No. 1:09-cv-01653-AWI-DLB PC<br><br>**ORDER REGARDING PLAINTIFF'S FILINGS**<br><br>**ECF Nos. 64, 65** |

　　Plaintiff Richard Ernest Anaya ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On November 3, 2011, Plaintiff filed a motion to amend his complaint. ECF No. 64. The Court construed this filing as a Fourth Amended Complaint. This filing has been superseded pursuant to Local Rule 220 by Plaintiff's Fifth Amended Complaint, lodged April 30, 2012, and filed May 10, 2012. ECF No. 77.

　　On November 3, 2011, Plaintiff filed a motion regarding discovery. On February 28, 2012, the Court vacated the Discovery and Scheduling Order. ECF No. 67. Thus, Plaintiff's motion for discovery is denied as moot, without prejudice.

IT IS SO ORDERED.

　　Dated:   **August 20, 2012**　　　　　　　　　／s／ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1