IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD ERNEST ANAYA,**<br><br>Plaintiff,<br><br>v.<br><br>**HERRINGTON, et al.,**<br><br>Defendant. | Case No. 1:09-cv-01653 AWI-DLB (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO TAKE PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE**<br><br>**(Document 105)** |

Plaintiff Richard Ernest Anaya is a state prisoner proceeding pro se and informa pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The action is currently in the discovery phase. On August 8, 2013, Defendants filed a request seeking leave to depose Plaintiff by videoconference. Good cause having been shown, Defendants' request to conduct Plaintiff's deposition via video conference is GRANTED. Fed. R. Civ. P. 30(b)(4).

IT IS SO ORDERED.

Dated:  **August 9, 2013**          /s/ *Dennis L. Beck*
                                   UNITED STATES MAGISTRATE JUDGE

1