1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **RICHARD ERNEST ANAYA,**                  Case No. 1:09-cv-01653 AWI-DLB (PC)

12                                Plaintiff,    **ORDER GRANTING DEFENDANTS'**
                                                **REQUEST TO TAKE PLAINTIFF'S**
13            **v.**                            **DEPOSITION VIA VIDEOCONFERENCE**

14                                              **(Document 105)**

15   **HERRINGTON, et al.,**

16                                Defendant.

17

18        Plaintiff Richard Ernest Anaya is a state prisoner proceeding pro se and informa pauperis in

19   this civil rights action pursuant to 42 U.S.C. § 1983.  The action is currently in the discovery

20   phase.  On August 8, 2013, Defendants filed a request seeking leave to depose Plaintiff by

21   videoconference.  Good cause having been shown, Defendants' request to conduct Plaintiff's

22   deposition via video conference is GRANTED.  Fed. R. Civ. P. 30(b)(4).

23

24

25   IT IS SO ORDERED.

26      Dated:   __**August 9, 2013**__              _____ /s/ *Dennis L. Beck*

27                                                UNITED STATES MAGISTRATE JUDGE

28

                                         1