# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ERNEST ANAYA, | Case No. 1:09-cv-01653 AWI DLB PC |
| Plaintiff, | |
| v. | ORDER DISMSSING ACTION PURSUANT TO PLAINTIFF'S MOTION TO DISMISS |
| HERRINGTON, et al., | (Document 107) |
| Defendants. | |

Plaintiff Richard Ernest Anaya is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Defendants have answered the complaint and the action is currently in the discovery phase.

On August 19, 2013, Plaintiff filed a Motion to Voluntarily Dismiss this action.  On August 21, 2013, the Court ordered Defendants to either file an opposition or a statement of non-opposition to Plaintiff's motion.  In their August 21, 2013, filing, Defendants state that they do not oppose Plaintiff's motion.

Accordingly, Plaintiff's Motion for Voluntary Dismissal is GRANTED.  This action is DISMISSED, WITHOUT PREJUDICE.  Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED.

Dated:   August 29, 2013                                  _____
                                                          SENIOR  DISTRICT  JUDGE

1